```
 1
 2
 3
 4
 5
 6                        UNITED STATES DISTRICT COURT
 7                       CENTRAL DISTRICT OF CALIFORNIA
 8
 9
10  RAMON MORENO,                      )   No. EDCV 08-0657-RC
                                       )
11              Plaintiff,             )
                                       )
12  vs.                                )   JUDGMENT
                                       )
13  MICHAEL J. ASTRUE,                 )
    Commissioner of Social Security,   )
14                                     )
                Defendant.             )
15  _____    )
16
17       IT IS ADJUDGED that Judgment be entered remanding the action to
18  the Social Security Administration for further proceedings consistent
19  with the Opinion and Order, pursuant to sentence four of 42 U.S.C.
20  § 405(g).
21
22  DATED:  August 26, 2009        /S/ ROSALYN M. CHAPMAN
                                       ROSALYN M. CHAPMAN
23                                 UNITED STATES MAGISTRATE JUDGE
24
25
26
27
28  R&R-MDO\08-0657.jud
    8/25/09
```